IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
RAYMOND MATHIS,               )
                              )
    Plaintiff,                )
                              )    CIVIL ACTION NO.
    v.                        )      1:20cv308-MHT
                              )         (WO)
DONALD VALENZA, Sheriff,      )
et al.,                       )
                              )
    Defendants.               )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a prisoner in the Houston County Jail, filed this lawsuit contending that the medical care he has received in the jail is inadequate because he has been seen by a physician's assistant, rather than a licensed medical doctor. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed with prejudice. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's

recommendation should be adopted, except that the complaint should be dismissed without prejudice and with leave to file an amended complaint, due to plaintiff's pro se status and the possibility that he could replead the claim successfully if he were to focus on specific problems with the medical care he has received, rather than the qualifications of the person who has provided the care.

An appropriate judgment will be entered.

DONE, this the 25th day of August, 2020.

                                        /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE